IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE GRIFFIN, II, DOROTHY
GRIFFIN, and WILLIE GRIFFIN, III                                        PLAINTIFFS

VS.                                    CASE NO. 07-CV-1015

THE CROSSETT SCHOOL DISTRICT, INC;
JANICE WARREN, Superintendent in her
Official Capacity as Superintendent of the
Crossett School District; JIM LUCAS in his
Official Capacity as Principal of Norman Junior
High School; Board Members, ROBERT
CORNELIUS, BILL RUNYAN, BRUCE
WARREN, DOUGH THURMAN, and
ROBERT STONE, In their Official Capacities
as Board Members of the Crossett School District                        DEFENDANTS

## JUDGMENT

Before the Court is the Defendants' Motion for Summary Judgement.  (Doc. No. 11). The Plaintiffs have responded.  (Doc. No. 16).  The Defendants have filed a reply to Plaintiffs' response.  (Doc. No. 19).  Upon consideration, for the reason set forth in the Memorandum Opinion of even date, the Court finds that the Motion for Summary Judgment should be and hereby is **granted**.  The Plaintiffs' claims against the Defendants are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 1st day of July, 2008.

                    /s/Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge